**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 16-6336

GLYNNDEAVIN VON FOX,

                    Plaintiff - Appellant,

          v.

SOUTH CAROLINA JUDICIAL DEPARTMENT,

                    Defendant - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Charleston.  Richard M. Gergel, District Judge. (2:16-cv-00209-RMG)

Submitted:  August 16, 2016          Decided:  August 24, 2016

Before TRAXLER, KING, and AGEE, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Glynndeavin von Fox, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Glynndeavin von Fox appeals the district court's order denying his motion for leave to proceed in forma pauperis and dismissing his case. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis on appeal and dismiss von Fox's appeal for the reasons stated by the district court. von Fox v. S.C. Judicial Dep't, No. 2:16-cv-00209-RMG (D.S.C. Feb. 12, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED

2